# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 05 C 50074 | **DATE** | 2/21/2006 |
| **CASE TITLE** | Myhre, et al vs. Ditzler, et al | | |

**DOCKET ENTRY TEXT:**

For the reasons stated on the attached Memorandum Opinion and Order, Plaintiffs' December 5, 2005 Motion for Order Compelling Disclosure is granted in part and denied in part. Defendant Meyer is given until March 14, 2006 to respond to Plaintiffs' September 20, 2005 Requests for Production as set forth in the Opinion and Order. All documents that mention or refer to events that occurred from the murder to Plaintiffs' release from custody shall be produced. Plaintiffs' Motion to Compel discovery related to events after Plaintiffs' release is denied. Plaintiffs' Motion to Compel a photo array prepared for viewing by Joyce Metcalf and documents compiled that pertain to other incidents where Sheriff's Department obtained confessions to crimes is denied without prejudice.

■ [ For further detail see separate order(s).]   Notices mailed by Judicial staff.

*[signature: P. Michael Mahoney]*

| | Courtroom Deputy Initials: | AM |
|---|---|---|